**Order entered February 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00594-CR

**JOSE ANGEL JASSO JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-72432-P**

## ORDER

By order dated December 18, 2013, the Court notified the Court that the record did not contain a certification of appellant's right to appeal. We ordered the trial court to file a certification that accurately reflected the trial court proceedings within fifteen days. To date, we have not received the certification of appellant's right to appeal, nor did we receive a response to our letter inquiring about the status of the certification. Texas Rule of Appellate Procedure requires the trial court to prepare a certification of appellant's right to appeal in every criminal case in which the defendant appeals. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 2013 WL 5220904 (Tex. Crim. App. Sept. 18, 2013).

Accordingly, this Court **ORDERS** the Honorable Teresa Hawthorne, Presiding Judge of the 203rd Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court; Yolanda Baker, Court Coordinator, 203rd Judicial District Court; Diane Baldwin, Chief Clerk, 203rd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     JIM MOSELEY
PRESIDING JUSTICE